UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

JAN 0 9 2001

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

MICHAEL J. DURLEY,       )
                         )
       Plaintiff,        )
                         )
   v.                    )   No. 4:00CV1848CAS
                         )
ST. LOUIS CITY BOARD OF POLICE )
COMMISSIONERS, et al.,   )
                         )
       Defendants.       )

### ORDER

This matter is before the Court upon the application of Michael J. Durley for leave to commence this action without payment of the required filing fee. Upon consideration of the financial information provided with the application, the undersigned finds that the applicant is financially unable to pay any portion of the filing fee.

Therefore,

**IT IS HEREBY ORDERED** that the Clerk receive and file the complaint in this action without payment of the required filing fee. See 28 U.S.C. § 1915(a).

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to be issued upon the complaint.

Dated this _9th_ day of _January_, 2001.

UNITED STATES DISTRICT JUDGE



UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 01/09/01 by kklein
                4:00cv1848     Durley vs St. Louis Board Comm

42:1983 Prisoner Civil Rights

IF THIS IS A FINAL JUDGMENT YOU MUST SEND THE APPEAL PROCESS LETTER AND AN APPEAL PACKET TO PLAINTIFF.


Michael Durley -
4955 Harney
St. Louis, MO   63115

SCANNED & FAXED BY:
JAN X 9 2001
MJM