UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION



FILED
APR 25 2001
U.S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | |
|---|---|
| MICHAEL J. DURLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:00-CV-1848 CAS |
| ST. LOUIS BOARD OF POLICE COMMISSIONERS, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

Upon review of the Court file, the Court notes that defendants, St. Louis Board of Police Commissioners, City of St. Louis, Roy Douglas, Anne Marie Clark and Chris Pappas, have failed to timely file an answer or responsive pleading in this case.

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default by the Clerk of the Court under Federal Rule of Civil Procedure 55(a) and, if appropriate, for default judgment under Rule 55(b), supported by all necessary affidavits and documentation for the Court's consideration.

**Failure to comply with this order may result in dismissal of the claims against defendant in this matter without prejudice.**

_____
CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this 25th day of April, 2001.



INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 04/25/01 by jjones
        4:00cv1848    Durley vs St. Louis Board Comm

42:1983 Prisoner Civil Rights

IF THIS IS A FINAL JUDGMENT YOU MUST SEND THE APPEAL PROCESS LETTER AND AN APPEAL PACKET TO PLAINTIFF.

Michael Durley -
4955 Harney
St. Louis, MO 63115

SCANNED & FAXED BY:
APR 2 5 2001
DJO