IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. DURLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:00CV1848 (CAS) |
| v. ) | |
| ) | |
| ST. LOUIS BOARD OF POLICE ) | |
| COMMISSIONERS, et al. ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S REQUEST FOR ADDITIONAL TIME
### TO RESPOND TO MOTION TO DISMISS

Comes now Plaintiff, MICHAEL J. DURLEY, by his attorney, and requests additional time, until October 26, 2001, to respond to Defendants' Motion to Dismiss. In support of this Motion, Plaintiff states:

Defendants' Motion to Dismiss was received in the office of Plaintiff's counsel on Friday, October 19, 2001 by regular mail.

Counsel for Plaintiff was out of town and absent from his office from October 17, 2001 until October 22, 2001 and received Defendants' motion upon his return on October 22. Local Rules of the Court allow Plaintiff five (5) days after being served to file a response to Defendants' motion. The extension requested by Plaintiff is only two days beyond the time allowed for responding following receipt of Defendants' motion in the office of Plaintiff's counsel.

Respectfully submitted,

Melvin L. Raymond USDC #4133

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 10/25/01 by gbeckeme
4:00cv1848   Durley vs St. Louis Board Comm

42:1983 Civil Rights Act

John Bouhasin -  80490          Fax: 314-622-4956

Michael Durley -
4955 Harney
St. Louis, MO  63115

Melvin Raymond -  4133          Fax: 314-534-4403

SCANNED & FAXED BY:
OCT 25 2001
MJM