UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
(EASTERN DIVISION)

FILED
APR 3 0 2002
U. S. DISTRICT COURT
E. DISTRICT OF MO.

| | |
|---|---|
| MICHAEL J. DURLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 4:00CV1848(CAS) |
| ) | |
| BOARD OF POLICE COMMISSIONERS, ) | |
| et al., ) | |
| ) | |
| Defendants, ) | |

### DEFENDANTS' MOTION FOR LEAVE
### TO AMEND THE CASE MANAGEMENT ORDER

Comes Now defendants City of St. Louis Board of Police Commissioners Roy Douglas, and Chris Pappas and for their Motion to Amend the Case Management Order, state to the Court as follows:

1. On or about Feb 5, 2001, Plaintiff filed the above referenced lawsuit pro se.

2. On or about July 31, 2001, Mr. Melvin Raymond entered his appearance as counsel for plaintiff.

3. On or about August 7, 2001 this Court put forth a Case Management Order, requiring initial disclosures, pursuant to F.R.C.P. 26, by September 28, 2001.

4. Plaintiff did not make their disclosures until a Defendants Motion to Dismiss was served upon plaintiff.

5. Defendants' Motion to Dismiss is still pending.

6. Plaintiff has not conducted any discovery in this matter.

7. Further, plaintiff amended his petition on or about December 6, 2001, adding several additional theories.

#31

UNITED STATES DISTRICT COURT - EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 04/30/02 by jjones
4:00cv1848    Durley vs St. Louis Board Comm

42:1983 Civil Rights Act

John Bouhasin -  80490              Fax: 314-622-4956

Michael Durley -
4955 Harney
St. Louis, MO  63115

Melvin Raymond -  4133              Fax: 314-534-4403

SCANNED & FAXED BY:

MAY X 1 2002

MJM