UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MICHAEL DURLEY,            )
                           )
           Plaintiff,      )
                           )   No. 4:00-CV-1848 CAS
     v.                    )
                           )
BOARD OF POLICE            )
COMMISSIONERS, et al.,     )
                           )
           Defendants.     )

### ORDER

The Court having granted plaintiff leave to file his First Amended Complaint on **December 6, 2001** pending motions pertaining to the original complaint should be denied as moot, without prejudice to the filing of motions concerning the amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to dismiss directed to the original complaint is **DENIED as moot,** without prejudice. [Doc. 21]

_____
CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this ___18th___ day of June, 2002.



INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 06/19/02 by gbeckeme
       4:00cv1848   Durley vs St. Louis Board Comm

42:1983 Civil Rights Act

John Bouhasin - 80490      Fax: 314-622-4956

Michael Durley -
4955 Harney
St. Louis, MO 63115

Melvin Raymond - 4133      Fax: 314-534-4403

SCANNED & FAXED BY:

JUN 1 9 2002

MJM