**FILED**

JUL 1 6 2002

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

Michael J. Purley
vs.
St. Louis Board of Police
Commissioners, et al.

No. 4:00CV1848 (CAS)

## United States District Court

Eastern District of Missouri

July 11, 2002

**MEMORANDUM FOR CLERK**

Plaintiff's Motion for Extension of Time For ~~Complete~~ Discovery and To Continue Trial

This case is set for a jury trial on August 12, 2002. Because of his engagement in other cases, Plaintiff's counsel has been unable to conduct discovery in this action. The parties are ~~presently~~ making arrangements to schedule depositions.

Wherefore, Plaintiff requests that the case be removed from the court's trial docket of August 12, 2002 and that the parties be allowed an additional 70 days to complete discovery.

Plaintiff requests that this case be placed on the court's trial docket of Nov. 18, 2002.

Granted
7/16/02

Melvin L. Raymond
Attorney for Plaintiff
534-4400.

34

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 07/17/02 by kspurgeo
                4:00cv1848     Durley vs St. Louis Board Comm

42:1983 Civil Rights Act

John Bouhasin -   80490         Fax: 314-622-4956

Michael Durley -
4955 Harney
St. Louis, MO   63115

Melvin Raymond -   4133         Fax: 314-534-4403

SCANNED & FAXED BY:
JUL 17 2002
GNB