**FILED**

SEP 1 9 2002

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Denied
9/19/02

| | |
|---|---|
| MICHAEL J. DURLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:00CV1848 (CAS) |
| v. ) | |
| ) | |
| ST. LOUIS BOARD OF POLICE ) | |
| COMMISSIONERS, et al. ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO SERVE DEFENDANTS JOINED IN AMENDED COMPLAINT

Comes now Plaintiff, MICHAEL J. DURLEY, by his attorney, and moves the Court for leave to serve the additional parties named in Counts IV and VI of the Amended Complaint. In support of this motion, Plaintiff states:

Plaintiff was granted leave on December 6, 2001 to file an amended complaint and to join additional parties, police officers Leyshock, Peluso, Blakemore and Vannest, and two former Presidents of the Board of Police Commissioners also named in the amended complaint.

Thereafter, on December 27, 2001, an Answer to the Amended Complaint was filed by defendants Board of Police Commissioners, Roy Douglas and Chris Pappas. It appeared that the Answer was filed on behalf of all Defendants, including those named in Counts IV and VI of the amended complaint. Plaintiff has been advised, however, by counsel for Defendants Board of Police Commissioners, Douglas and Pappas that no answer has been filed on behalf of the Defendants named in Count IV and VI.

36

UNITED STATES DISTRICT COURT - EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 09/19/02 by kspurgeo
4:00cv1848    Durley vs St. Louis Board Comm

42:1983 Civil Rights Act

John Bouhasin - 80490         Fax: 314-622-4956

Michael Durley -
4955 Harney
St. Louis, MO  63115

Melvin Raymond - 4133         Fax: 314-534-4403

SCANNED & FAXED BY:

SEP 19 2002

KH