IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MICHAEL J. DURLEY )
 )
    Plaintiff, )
 )
 ) Case No. 4:00CV1848 (CAS)
 )
v. )
 )
ST. LOUIS BOARD OF POLICE )
COMMISSIONERS, et al. )
 )
    Defendant. )

### MOTION FOR LEAVE TO WITHDRAW
### FROM REPRESENTATION OF PLAINTIFF

Comes now the undersigned Counsel and moves the Court for leave to withdraw.

In support of this motion, Counsel states:

On October 11, 2002 Plaintiff Michael Durley notified Counsel by letter that his representation of Plaintiff in the above-captioned lawsuit was terminated because of differences which have arisen..

In these circumstances, Counsel prays for leave to withdraw as attorney for Plaintiff.

Respectfully submitted,

_Melvin L. Raymond_
Melvin L. Raymond USDC #4133
WILSON & ASSOCIATES
4054 Lindell Blvd.
St. Louis, MO 63108
(314) 534-4400; fax (314) 534-4403

UNITED STATES DISTRICT COURT - EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 10/15/02 by mcrayton
        4:00cv1848    Durley vs St. Louis Board Comm

42:1983 Civil Rights Act

John Bouhasin -  80490              Fax: 314-622-4956

Michael Durley -
4955 Harney
St. Louis, MO  63115

Melvin Raymond -  4133              Fax: 314-534-4403

SCANNED & FAXED BY:

OCT 15 2002

KH