**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

MICHAEL J. DURLEY,                    )
                                      )
            Plaintiff,                )
                                      )
      v.                              )     No. 4:00-CV-1848 CAS
                                      )
ST. LOUIS BOARD OF POLICE             )
COMMISSIONERS, et al.,                )
                                      )
            Defendants.               )

<u>ORDER</u>

**IT IS HEREBY ORDERED** that a pretrial conference shall be held in the instant matter pursuant to Fed.R.Civ.P. 16(d) on **Tuesday, November 5, 2002, at 10:30 a.m. in Courtroom 12-N.** Counsel should be prepared to summarize their case in three sentences or less, and to discuss the disposition of any pending motions and any other issues affecting trial of this matter. **As all cases on this docket may not be reached, counsel shall bring their calendars to the pretrial conference.**

_Charles A. Shaw_

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this __28th__ day of October, 2002.

39

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 10/29/02 by kspurgeo
                4:00cv1848    Durley vs St. Louis Board Comm

42:1983 Civil Rights Act

John Bouhasin -  80490          Fax: 314-622-4956

Michael Durley -
4955 Harney
St. Louis, MO  63115

Melvin Raymond -  4133          Fax: 314-534-4403

SCANNED & FAXED BY:

OCT 2 9 2002

SAJJ