RECEIVED
OCT 2 8 2002
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. DURLEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No. 4:00CV1848 (CAS) |
| v. | ) |
| | ) |
| ST. LOUIS BOARD OF POLICE | ) |
| COMMISSIONERS, et al. | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL

Comes now Plaintiff, MICHAEL J. DURLEY, by his attorney, and by stipulation of Defendants St. Louis Board of Police Commissioners, Roy Douglas, and Chris Pappas, and hereby voluntarily dismisses defendant City of St. Louis from the above-captioned case, without prejudice. Plaintiff also voluntarily dismisses Counts IV, V and VI only of the Amended Complaint and the parties named therein, without prejudice, each party to bear their own costs.

_____
Melvin L. Raymond USDC #4133
WILSON & ASSOCIATES.
4054 Lindell Blvd.
(314) 534-4400; fax (314) 534-4403

Attorney for Plaintiff

_____
John A. Bouhasin USDC # 80490
1430 Olive Street, Room 209
St. Louis, MO 63104
(314) 622-4566; fax (314) 613-3183

Attorney for Defendants
Board of Police Commissioners, Roy Douglas
Chris Pappas

UNITED STATES DISTRICT COURT - EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 10/30/02 by kspurgeo
4:00cv1848    Durley vs St. Louis Board Comm

42:1983 Civil Rights Act

John Bouhasin -   80490            Fax: 314-622-4956

Michael Durley -
4955 Harney
St. Louis, MO  63115

Melvin Raymond -   4133            Fax: 314-534-4403

SCANNED & FAXED BY:
OCT 30 2002
SAJ