Michael ___ vs. ___ Burkey

Board of Police Comm.

No. 4:00CV1848 (CAS)

**United States District Court**

Eastern District of Missouri

10-29, 2002

**MEMORANDUM FOR CLERK**

Comes Now all parties and move this Court for an extension of time to file all pre-trial compliance to this Friday, November 1, 2002.

Melvin L. Raymond
Attorney for Plaintiff
534-4400

Asst City Counselor
Att for D's

10/29/02

Attorney for Plaintiff / Defendant

42

UNITED STATES DISTRICT COURT - EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 10/30/02 by kspurgeo
4:00cv1848    Durley vs St. Louis Board Comm

42:1983 Civil Rights Act

John Bouhasin -  80490            Fax: 314-622-4956

Michael Durley -
4955 Harney
St. Louis, MO  63115

Melvin Raymond -  4133            Fax: 314-534-4403

SCANNED & FAXED BY:
OCT 3 0 2002
SAJ