UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. DURLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:00-CV-1848  CAS |
| ) | |
| ST LOUIS BOARD OF POLICE ) | |
| COMMISSIONERS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on review of the file.

The complaint herein was filed on January 9, 2001. The record does not reflect proof of service of summons and complaint on defendant Joseph Nickerson. See Fed. R. Civ. P. 4(m).

**IT IS HEREBY ORDERED** that plaintiff is directed promptly to serve defendant Joseph Nickerson and file proof of such service within seven (7) days of the date of this Order. Failure to comply with this Order will result in dismissal without prejudice of the claims against defendant Joseph Nickerson.

_____
CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this ___30th___ day of October, 2002.

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 10/30/02 by kspurgeo
   4:00cv1848    Durley vs St. Louis Board Comm

42:1983 Civil Rights Act

John Bouhasin -  80490          Fax: 314-622-4956

Michael Durley -
4955 Harney
St. Louis, MO  63115

Melvin Raymond -  4133          Fax: 314-534-4403

SCANNED & FAXED BY:
OCT 30 2002
SAJ