UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
FEB 2 1 2003
U. S. DISTRICT COURT
E. DISTRICT OF MO.

| | |
|---|---|
| MICHAEL J. DURLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:00-CV-1848 CAS |
| ST. LOUIS BOARD OF POLICE COMMISSIONERS, et al., | ) ) ) ) |
| Defendants. | ) |

### ORDER

On November 5, 2002, the parties filed a Notice of Settlement in this case.

**IT IS HEREBY ORDERED** that counsel shall file, within ten (10) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. **Failure to comply timely with this order will result in the dismissal of this action with prejudice.**

_____
CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this ___ day of February, 2003.

UNITED STATES DISTRICT COURT - EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 02/21/03 by jjones
    4:00cv1848    Durley vs St. Louis Board Comm

42:1983 Civil Rights Act

John Bouhasin - 80490        Fax: 314-622-4956

Michael Durley -
4955 Harney
St. Louis, MO 63115

Melvin Raymond - 4133        Fax: 314-534-4403

SCANNED & FAXED BY

FEB 21 2003