UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. DURLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.4:00-CV-1848 (CAS) |
| vs. | ) |
| | ) |
| ST. LOUIS BOARD OF POLICE | ) |
| COMMISSIONERS, et al., | ) |
| | ) |
| Defendants. | ) |

### STIPULATION FOR DISMISSAL

All of the matters and things in controversy in the above entitled cause having been adjusted, compromised and finally settled, it is hereby stipulated and agreed, by and between plaintiff and defendants, that this cause shall be dismissed with prejudice to any other or future action on account of the matters and things contained and set forth in plaintiff's petition. Each party to bear their own costs and attorneys fees.

Witness our hands, at St. Louis, Missouri, this 28th day of February, 20 03.

_____
Melvin Raymond
Attorney for Plaintiff

_____
John A. Bouhasin
Attorney for Defendants

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 03/04/03 by kspurgeo
                4:00cv1848    Durley vs St. Louis Board Comm

42:1983 Civil Rights Act

John Bouhasin - 80490                Fax: 314-622-4956

Michael Durley -
4955 Harney
St. Louis, MO 63115

Melvin Raymond - 4133              Fax: 314-534-4403

SCANNED & FAXED
MAR 4 2003